UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
Ann Marie Delia, William Delia, Robert
Sweeney, Veronica Sweeney, Tara Sroka          CV-08-4758(CPS)(SMG)
f/k/a/ Tara Sweeney, and Ludvig Haugedal,

        Plaintiffs,  ORDER OF
              ATTACHMENT
  - against -

The Leverage Group, Leverage Option
Management Co., Inc., Leverage Management
LLC, North American Financial, Philip
Barry LLC, Philip Barry, HK Holdings,
LLC, and Joseph's Development Corporation,

        Defendants.
------------------------------------------X

  Plaintiffs moved the Court for an Order of Attachment pursuant to Rule 64 of the Federal Rules of Civil Procedure and Article 62 of New York Civil Practice Law and Rules. The Court has found that, (1) Plaintiffs have a cause of action against the Defendants; (2) Plaintiffs are likely to succeed on the merits of their cause of action; (3) grounds for attachment exist because Defendants have assigned, disposed of, encumbered or secreted property, or are about to do so, with the intent to defraud creditors or frustrate the enforcement of a judgment that might be rendered in Plaintiffs' favor; (4) the amount Plaintiffs demand from Defendants exceeds all counterclaims known to Plaintiffs.

  For these reasons, as supported by the showings of law and fact in Plaintiffs' motion for an order of attachment, the memorandum of law in support of the motion, and all exhibits

attached thereto, and considering the arguments of counsel, it is hereby ORDERED that:

1. Plaintiffs' motion for an order of attachment is granted.

2. The amount to be secured by this order is $913,733.

3. The United States Marshal for the Eastern District of New York, or any person appointed to act in his place and stead, shall levy upon the monies, properties, and/or interests in property, personal properties, or debts owing to Defendants Philip Barry, Philip Barry LLC, The Leverage Group, Leverage Option Management Co., Inc., Leverage Management, LLC, and North American Financial to satisfy the obligation contemplated by this order. Such levy shall include, without being limited to, the interests in real property attributable to one or more of the above named defendants, as listed in Attachment A to this Order.

4. The United States Marshall for the Eastern District of New York, or any person appointed to act in his place and stead, shall, for the purpose of satisfying any judgment that may be obtained against the Defendants in this action, pay or deliver to the Clerk of this Court all funds, monies, properties, interests, and obligations levied pursuant to this order.

5. A copy of this Order shall be filed by (1) the United States Marshall for the Eastern District of New York, or any person appointed to act in his place and stead, (2) the Sheriff of any county in New York State, or any person appointed to act

in his place and stead, or (3) by Counsel for Plaintiffs, or any person requested to do so by Counsel for Plaintiffs in each county in which Defendants Philip Barry, Philip Barry LLC, The Leverage Group, Leverage Option Management Co., Inc., Leverage Management, LLC, or North American Financial own property.

    6. This Order shall be effective until further Order of this Court.

SO ORDERED.

Dated :   Brooklyn, New York
           February 2, 2009

                By: /s/ Charles P. Sifton (electronically signed)
                        United States District Judge

# ATTACHMENT A - DESCRIPTION OF PROPERTIES

| Municipality | Lot and Block Number | Office Where Record is Kept | Where Recorded |
|---|---|---|---|
| 1. Thompson | Section 59, Block 1 Lot 26.4 | Sullivan Co. Clerk | Liber. 1213 of Deeds p. 177 |
| 2. Thompson | Sec. 59, Bl. 1, Lot 32 | Sullivan Co. Clerk | Liber. 1224 of Deeds p. 270 |
| 3. Thompson | Sec. 59, Bl. 1, Lot 55.3 | Sullivan Co. Clerk | Liber. 1231 of Deeds, p. 167 |
| 4. Thompson | Sec. 60, Bl. 1, Lot 23 | Sullivan Co. Clerk | Liber. 1249 of Deeds, p. 136 |
| 5. Thompson | Sec 59, Bl. 1, Lot 55.6 | Sullivan Co. Clerk | Liber. 1262 of Deeds p. 192 |
| 6. Thompson | Sec. 62, Bl. 5, Lot 3<br>Sec. 62, Bl. 4, Lot 3.2<br>Sec. 62, Bl. 4, Lot 3.3 | Sullivan Co. Clerk | Liber. 1278 of Land Records, p. 329 |
| 7. Forestburgh | Sec. 3, Bl. 1, Lot 2.7 | Sullivan Co. Clerk | Liber. 1285 of Deeds p. 71 |
| 8. Forestburgh | Sec. 6, Bl. 2, Lot 36.56 | Sullivan Co. Clerk | Liber. 1327 of Deeds p. 64 |
| 9. Thompson | Sec. 62, Bl. 1, Lot 8<br>Sec. 62, Bl. 1, Lot 10.1<br>Sec. 62, Bl. 1, Lot 13<br>Sec. 62, Bl. 4, Lot 3.1 | Sullivan Co. Clerk | Liber. 1348 of Deeds p. 381 |
| 10. Thompson | Sec. 59, Bl. 1, Lot 55.2 | Sullivan Co. Clerk | Liber. 1348 of Deeds p. 552 |
| 11. Cochecton | Sec. 4, Bl. 1, Lot 22 | Sullivan Co. Clerk | Liber 1588 of Land Records, p. 5 |
| 12. Forestburgh | Sec. 3, Bl. 1, Lot 2.98 | Sullivan Co. Clerk | Liber 1759 of Land Records, p. 185 |
| 13. Thompson | Sec. 60, Bl. 1, Lot 9.2 | Sullivan Co. Clerk | Liber. 1822 of Land Records, p. 227 |
| 14. Thompson | Sec. 59, Bl. 1, Lot 55.5 | Sullivan Co. Clerk | Liber. 1893 of Land Records, p. 341 |
| 15. Thompson | Sec. 59, Bl. 1 | Sullivan Co. Clerk | Liber. 1895 of Deeds |

| | | | |
|---|---|---|---|
| | Lot 54.1 | | p. 80 |
| 16. Thompson | Sec. 49, Bl. 1, Lot 7.2 | Sullivan Co. Clerk | Liber. 1954 of Land Records, p. 162 |
| | Sec. 49, Bl. 1 Lot 14.1 | | |
| | Sec. 60, Bl 1 Lot 20.1 | | |
| 17. Thompson | Sec. 61, Bl. 1, Lot 11 | Sullivan Co. Clerk | Liber. 2019 of Land Records, p. 153 |
| 18. Thompson | Sec. 61, Bl. 1, Lot 25 | Sullivan Co. Clerk | Liber. 2063 of Land Records, p. 393 |
| 19. Thompson | Sec. 61, Bl. 1, Lot 19.3 | Sullivan Co. Clerk | Liber. 2064 of Land Records, p. 519 |
| 20. Thompson | Sec. 61, Bl. 1 Lot 37 | Sullivan Co. Clerk | Liber. 2089 of Land Records, p. 453 |
| | Sec. 61, Bl. 1 Lot 40 | | |
| 21. Thompson | Sec. 60, Bl. 1 Lot 9.3 | Sullivan Co. Clerk | Liber. 2114 of Land Records, p. 103 |
| 22. Thompson | Sec. 61, Bl. 1 Lot 10.6 | Sullivan Co. Clerk | Liber. 2142 of Land Records, p. 32 |
| 23. Forestburgh | Sec. 3, Bl. 1, Lot 2.6 | Sullivan Co. Clerk | Liber. 2144 of Land Records, p. 592 |
| 24. Forestburgh | Sec. 6, Bl. 2 Lot 36.41 | Sullivan Co. Clerk | Liber. 2263 of Land Records, p. 74 |
| 25. Brasher | Sec. 17.004, Bl. 3 Lot 8 | St. Lawrence Co. Clerk | Deed Book 1068 p. 1019 |
| 26. Brooklyn | 477 82nd Street | Kings Co. Clerk | |
| 27. Brooklyn | 8126 5th Avenue Block 5998, Lot 51 | Kings Co. Clerk | |